1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD DAVID BAKER,                          No. CIV S-08-1608-CMK-P

12              Petitioner,

13        vs.                                    ORDER

14  DIRECTOR OF CDCR, et al.,

15              Respondents.

16  _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition

19  (Doc. 1), filed on July 14, 2008.  "A petitioner for habeas corpus relief must name the state

20  officer having custody of him or her as the respondent to the petition."  Stanley v. California

21  Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing

22  Section 2254 Cases.  Because petitioner has not named the appropriate state officer, the petition

23  must be dismissed with leave to amend to name the correct respondent.  See Stanley, 21 F.3d at

24  360.

25        In addition, petitioner has not filed an application to proceed in forma pauperis or

26  paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner must either submit a

1  completed application to proceed in forma pauperis or the appropriate filing fee.  Petitioner is

2  warned that failure to comply with this order may result in the dismissal of this action.  See Local

3  Rule 11-110.

4                Accordingly, IT IS HEREBY ORDERED that:

5                1.      Petitioner's petition for writ of habeas corpus is dismissed with leave to

6  amend;

7                2.      Petitioner shall file an amended petition on the form employed by this

8  court, and which names the proper respondent and states all claims and requests for relief, within

9  30 days of the date of this order;

10                3.      The Clerk of the Court is directed to send petitioner the court's form

11  habeas corpus application;

12                4.      Petitioner shall submit on the form provided by the Clerk of the Court,

13  within 30 days from the date of this order, a complete application for leave to proceed in forma

14  pauperis, or the appropriate filing fee; and

15                5.      The Clerk of the Court is directed to send petitioner a new form

16  Application to Proceed In Forma Pauperis By a Prisoner.

17

18  DATED:  July 23, 2008

19

20                                         **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26