IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD DAVID BAKER,** | Case No. CIV S-08-1608-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **M. MARTEL,** | |
| Respondents. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss filed February 19, 2009. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 2, 2009, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

Dated: March 5, 2009 _____/s/_____
The Honorable Craig M. Kellison

PDF created with pdfFactory trial version www.pdffactory.com